1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  MARTIN H. ORLICK, SBN 083908
   JEFFER, MANGELS, BUTLER & MITCHELL LLP
7  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111-3824
8  Telephone: (415) 398-8080
   Facsimile: (415) 398-5584
9
   Attorneys for Defendant THE MEN'S
10 WEARHOUSE, INC.

11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14

15 LARY FEEZOR,                        Case No. 2:10-cv-00878-JAM-EFB

16       Plaintiff,

17 v.                                  JOINT STIPULATION FOR
                                       DISMISSAL OF DEFENDANT THE
18 ROBINHOOD PLAZA SHOPPING            MEN'S WEARHOUSE, INC. and
   CENTER, LLC, et al.,                ORDER THEREON
19
         Defendants.
20                                   /

21

22

23

24

25

26

27

28

1  Through this Joint Stipulation, plaintiff, LARY FEEZOR, and defendant, THE MEN'S WEARHOUSE, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to THE MEN'S WEARHOUSE, INC. *only*.**

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than **THE MEN'S WEARHOUSE, INC.**

Dated: December 13, 2010    DISABLED ADVOCACY GROUP, APLC

*/s/   Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: December 13, 2010    JEFFER, MANGELS, BUTLER & MITCHELL LLP

*/s/   Martin H. Orlick*
MARTIN H. ORLICK
Attorney for Defendant THE MEN'S WEARHOUSE, INC.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00878-JAM-EFB, is dismissed with prejudice as to defendant THE MEN'S WEARHOUSE, INC.

Dated:  12/15/2010    /s/ John A. Mendez
United States District Court Judge

Joint Stipulation for Dismissal of Defendant
The Men's Wearhouse, Inc.    - 2 -    *Feezor v. Robinhood Plaza Shopping Center, LLC*
Case No. 2:10-cv-00878-JAM-EFB