LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

JOHN JULIUS III, SBN 112640
LITTLER MENDELSON
501 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302

Attorneys for Defendant Ross Dress for Less, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:10-cv-00878-JAM-EFB |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL OF DEFENDANT ROSS DRESS FOR LESS, INC. and ORDER THEREON |
| ROBINHOOD PLAZA SHOPPING CENTER, LLC, et al., | |
| Defendants. | |

Through this Joint Stipulation, plaintiff, LARY FEEZOR, and defendant, ROSS DRESS FOR LESS, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to ROSS DRESS FOR LESS, INC.** *only*.

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than **ROSS DRESS FOR LESS, INC.**

Dated: December 29, 2010        DISABLED ADVOCACY GROUP, APLC

*/s/  Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: December 29, 2010        LITTLER MENDELSON

*/s/  John Julius III*
JOHN JULIUS III
Attorney for Defendant ROSS DRESS FOR LESS, INC.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00878-JAM-EFB, is dismissed with prejudice as to defendant ROSS DRESS FOR LESS, INC.

Dated: 12/30/2010        /s/ John A. Mendez
                        United States District Court Judge

Joint Stipulation for Dismissal of Defendant
Ross Dress for Less, Inc.        - 2 -        *Feezor v. Robinhood Plaza Shopping Center, LLC*
                                               Case No. 2:10-cv-00878-JAM-EFB