LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Tel: (530) 895-3252

Attorneys for Plaintiff

KEVIN SEIBERT, SBN 119356
ELIZABETH B. STALLARD, SBN 221445
**DOWNEY BRAND LLP**
3425 Brookside Road, Suite A
Stockton, CA 95219
Tel: (209) 473-6450

Attorneys for Defendant
Robinhood Plaza Shopping Center, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor,<br><br> Plaintiff,<br><br>vs.<br><br>Robinhood Plaza Shopping Center, LLC, *et al.*,<br><br> Defendants. | Case No. 2:10-cv-00878-JAM-EFB<br><br>**STIPULATION AND ORDER TO AMEND THE SCHEDULIING ORDER TO EXTEND THE TIME TO DISCLOSE EXPERT TESTIMONY** |

 **WHEREAS,** on July 17, 2010, the parties were served with the Pretrial Scheduling Order ("Scheduling Order") in this action;

 **WHEREAS,** the Scheduling Order provided that the parties comply with Federal Rule of Civil Procedure 26(a)(2) initial expert witness disclosure requirements on or before January 14, 2011, and with any supplemental and/or

*Feezor  v. Robinhood Plaza Shopping Center, LLC, et al.*, Case No. 2:10-CV-00878-JAM-EFB
Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony
- 1 -

1135342.1

PDF created with pdfFactory trial version www.pdffactory.com

rebuttal expert disclosure under Rule 26(a)(2)(c) on or before January 21, 2011; and

**WHEREAS,** the parties are cooperating in selecting a mutually agreeable date for an expert site inspection of the defendant's facility, but are unable to schedule a date prior to January 14, 2011 – the Court-ordered date for the disclosure of expert testimony;

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that the time to disclose expert testimony and rebuttal expert testimony be extended 31 days as follows:

(1) On or before February 14, 2011, each party shall comply with the expert witness disclosure requirements pursuant to Rule 26(a)(2);

(2) On or before February 21, 2011, each party shall comply with the contradictory and/or rebuttal expert disclosure requirements pursuant to Rule 26(a)(2)(c);

Dated: January 10, 2011          DISABLED ADVOCACY GROUP, APLC


                                 /s/ Lynn Hubbard III
                                 LYNN HUBBARD III, ESQ.
                                 Attorney for Plaintiff
                                 Lary Feezor


Dated: January 10, 2011          DOWNEY BRAND LLP


                                 /s/ Elizabeth B. Stallard
                                 ELIZABETH B. STALLARD, ESQ.
                                 Attorney for Defendant
                                 Robinhood Plaza Shopping Center, LLC

*Feezor v. Robinhood Plaza Shopping Center, LLC, et al.,*          Case No. 2:10-CV-00878-JAM-EFB
Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony
- 2 -
1135342.1

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER ON STIPULATION

Good cause appearing, IT IS HEREBY ORDERED that expert witness disclosures pursuant to Rule 26(a)(2) be made on or before February 14, 2011, and any contradictory and/or rebuttal expert disclosures pursuant to Rule 26(a)(2)(c) be made on or before February 21, 2011.

IT IS SO ORDERED.


Dated:  1/10/2011                                      /s/ John A. Mendez
                                                       HON. JOHN A. MENDEZ
                                                       United States District Judge

*Feezor  v. Robinhood Plaza Shopping Center, LLC, et al.*,              Case No. 2:10-CV-00878-JAM-EFB
Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony
- 3 -

1135342.1

PDF created with pdfFactory trial version www.pdffactory.com