LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff

KEVIN M. SEIBERT, SBN 119356
ELIZABETH B. STALLARD, SBN 221445
DOWNEY BRAND LLP
3425 Brookside Road, Suite A
Stockton, CA 95219
Telephone: (209) 473-6450
Facsimile: (209) 473-6455

Attorneys for Defendant ROBINHOOD PLAZA SHOPPING CENTER, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>v.<br><br>ROBINHOOD PLAZA SHOPPING CENTER, LLC, et al.,<br><br>    Defendants.<br>_____/ | Case No. 2:10-cv-00878-JAM-EFB<br><br>JOINT STIPULATION FOR DISMISSAL and ORDER THEREON |

1  Through this Joint Stipulation, plaintiff, LARY FEEZOR, and defendant,
2  ROBINHOOD PLAZA SHOPPING CENTER, LLC, stipulate to and jointly request
3  that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-
4  entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 28, 2011                              DISABLED ADVOCACY GROUP, APLC


                                                          /s/   *Lynn Hubbard III*
                                                          LYNN HUBBARD III
                                                          Attorney for Plaintiff LARY FEEZOR

Dated: June 28, 2011                              DOWNEY BRAND LLP


                                                          /s/   *Elizabeth B. Stallard*
                                                          ELIZABETH B. STALLARD
                                                          Attorney for Defendant ROBINHOOD
                                                          PLAZA SHOPPING CENTER, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00878-JAM-EFB, is dismissed with prejudice in its entirety.

Dated:   July 1, 2011                              /s/ John A. Mendez
                                                                 United States District Court Judge